UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FREDDY ALVARADO
Jose Ramon MAYORGA Jr.

Defendants.

CASE NO. 1:24-MJ-29

ORDER UNSEALING COMPLAINT

Good cause due to the defendant's pending appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint and Arrest Warrants for the above-captioned case, be UNSEALED.

IT IS SO ORDERED.

Dated:   **March 14, 2024**

UNITED STATES MAGISTRATE JUDGE